**Order entered August 29, 2019**



### In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00073-CV

## IN THE ESTATE OF IRA E. TOBOLOWSKY, DECEASED

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-17620**

## ORDER

Before the Court is the Estate of Ira E. Tobolowsky's August 26, 2019 motion for extension of time to file its opening brief. We **GRANT** the motion to the extent we **ORDER** the brief be filed no later than September 27, 2019.

/s/     ERIN A. NOWELL
           JUSTICE